Date: 09/08/10

Page: 1

# DIVIDENDS REMITTED TO THE COURT

Case Number 09-15727 - WOLZEN, TIMOTHY G

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville. SC 29602- | 000007 | 169.34 | 2.42 |
| | | 169.34 | 2.42 |

---------- Remittance Total --------------

_____

SUSAN MANCHESTER. Trustee